UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America | ) | CR. NO.: 6:05-1227-HMH |
| | ) | |
| v. | ) | **ORDER DIRECTING SUBMISSION** |
| | ) | **OF PROPOSED BUDGETS** |
| Eric Preston Hans, | ) | |
| | ) | |
| Defendant. | ) | |

The court hereby requests that counsel for the defendant submit to this court *ex parte* for its *in camera* review, a litigation budget for the defendant. Such information will remain confidential and sealed.

Specifically, the court requests that counsel for the defendant submit a litigation budget encompassing *all* services (counsel, expert, investigative, or other) and expenses which are likely to be required through trial. Counsels' actual expenses up until this order should also be included in the budget.

Counsel are further requested to itemize the services or providers by the anticipated phase of the case (guilt and, if necessary, penalty phases), and provide a reasoned estimate of the amount that each such service or provider may charge. In the event that funds other than those authorized under the Criminal Justice Act will be used to cover the costs of certain experts or services, counsel shall note and include such amounts in the proposed budget.

Counsel are encouraged, when compiling their budget, to review recommendations and procedures established by the Judicial Conference of the United States in the *Spencer Committee Report*, the *Guide to Judiciary Policies and Procedures*, CJA Guidelines, and applicable statutes.

1

The budget shall be re-evaluated in the event of any changed or unexpected circumstances, and this court will consider modification as appropriate and where good cause is shown.

After the court has reviewed and determined the reasonableness (or obtained AO approval, if necessary) of the proposed budget, the court will schedule an *ex parte* pretrial budget conference to establish procedures and schedules for submission, review and payment of interim vouchers, and authorization and payment for investigative, expert, and other services.

The proposed budget shall be submitted to the court for its *in camera* review by August 23, 2006.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

August 9, 2006
Greenville, South Carolina